PAUL A. MATTEONI, ESQ. (Bar #3486)
LAURY M. MACAULEY, ESQ. (Bar #11413)
LEWIS and ROCA, LLP
50 West Liberty St., Ste. 410
Reno, NV  89501
Phone:  (775) 823-2900
Fax:  (775) 823-2929

*Counsel for U.S. Bank National Association*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>U.S. MORTGAGE, a Nevada corporation,<br><br>Debtor. | Case No. BK-06-13977-MKN<br>Chapter 7<br><br>**MOTION TO WITHDRAW MONEY UNDER 28 U.S.C. SECTION 2042**<br><br>Hearing Date/Time:   TBD |

There was a dividend check in the amount of $65,098.88 in the above-named case issued to Capital One Bank, fdba North Fork Bank, c/o Chevy Chase Mortgage.  Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☐        Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☒        Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**):  Claimant, U.S. Bank National Association is a secured creditor of the Debtor holding a security interest in those moneys, as previously determined by the Bankruptcy Court herein.

///

///

1  Please attach copies of any supporting documentation.[1]

2      See Final Order Granting U.S. Bank's Motion For Relief From Stay [Dkt 891], attached

3  hereto as Exhibit "A."

4

5  Date: October 28, 2011        LEWIS AND ROCA LLP

6                                     By: /s/ Laury Macauley

7                                     PAUL A. MATTEONI, ESQ.
                                   LAURY M. MACAULEY, ESQ.

8                                     50 West Liberty Street, Ste. 410
                                   Reno, Nevada 89501

9                                     Counsel for U.S. Bank National Association

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
    (ii) If claimant is assignee of creditor, attach copy of assignment.
    (iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
    (iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
    (v) Attach other documents showing entitlement should none of the foregoing apply.